IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
SHAWN DEVONTA SMITH,       )
                           )
     Petitioner,           )
                           )     CIVIL ACTION NO.
     v.                    )       1:16cv935-MHT
                           )            (WO)
JOHN CROWE, et al.,        )
                           )
     Respondents.          )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (doc. no. 14) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of February, 2019.

                                   /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE