IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| SHAWN DEVONTA SMITH, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:16cv935-MHT (WO) |
| JOHN CROWE, et al., | ) ) | |
| Respondents. | ) | |

ORDER

This cause is now before the court on the petitioner's motion for certificate of appealability (doc. no. 16). To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

***

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 25th day of February, 2019.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**